# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ERIC LYNN TABB and
CECELIA ANN TABB

Case No. 15-14046
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 12/10/2015 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u>   **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:   ERIC LYNN TABB and   §   Case No. 15-14046
         CECELIA ANN TABB       §            Hon. JACQUELINE P. COX
                                §            Chapter 7
                                §

Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $25,000.00 |
| *and approved disbursements of* | $41.85 |
| *leaving a balance on hand of* [1] | $24,958.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $24,958.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,250.00 | $0.00 | $3,250.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $28.74 | $0.00 | $28.74 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,232.50 | $0.00 | $2,232.50 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $5,511.24 |
| Remaining balance: | $19,446.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $19,446.91 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$8,079.87_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $8,079.87 | $0.00 | $8,079.87 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $8,079.87 |
| Remaining balance: | $11,367.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $122,602.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group agent for Comenity Bank | $1,057.81 | $0.00 | $97.37 |
| 3 | Quantum3 Group agent for Comenity Bank | $495.84 | $0.00 | $45.64 |
| 4 | Capital One Bank (USA) N.A. | $1,097.37 | $0.00 | $101.01 |
| 5 | Capital One Bank (USA) N.A. | $990.80 | $0.00 | $91.20 |
| 6 | Capital One Bank (USA) N.A. | $1,822.80 | $0.00 | $167.78 |
| 7 | U.S. Department of Education | $52,390.99 | $0.00 | $4,822.40 |
| 9 | U.S. Department of Education | $58,055.53 | $0.00 | $5,343.80 |
| 10 | PYOD, LLC assignee of Citibank | $6,691.01 | $0.00 | $615.89 |
| 11 | PYOD, LLC assignee of Citibank | $890.33 | $0.00 | $81.95 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $11,367.04 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE |  | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$1,444.72_ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $1,444.72 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                           Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-14046-JPC
Eric Lynn Tabb                                                          Chapter 7
Cecelia Ann Tabb
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dross              Page 1 of 2              Date Rcvd: Nov 06, 2015
                               Form ID: pdf006          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2015.
db/jdb         +Eric Lynn Tabb,    Cecelia Ann Tabb,    8850 S. Longwood Dr.,    Chicago, IL 60643-5940
23195322       +Anuel Adams,    Acct # - 3086,    C/O Bruce Farrel Dorn,    120 North LaSalle Street, # 1900,
                 Chicago, IL 60602-2415
23195321       +Ashley Coleman,    Acct # - 3086,    C/O Disparti Law Group,    100 North LaSalle Street, # 1616,
                 Chicago, IL 60602-2636
23195312       +Capital One,    Acct # - 0933,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
23195313       +Capital One,    Acct # - 1097,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
23195307       +Capital One Auto,    Acct # - 0884,    P.O. Box 259407,    Plano, TX 75025-9407
23195326       +Capital One Bank,    Acct # - 3401,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
23503315        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
23195308       +Carmax Auto Finance,    Acct # - 1166,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
23195314        Carson's,    Acct # - 1040,    P.O. Box 1827789,    Columbus, OH 43218
23195327       +Carson's,    Acct # - 1037,    P.O. Box 182789,    Columbus, OH 43218-2789
23195316       +Chase,   Acct # - 3613,    P.O. Box 15298,    Wilmington, DE 19850-5298
23195315       +Chase,   Acct # - 6503,    P.O. Box 15298,    Wilmington, DE 19850-5298
23195317       +Citibank,    Acct # - 3637,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
23378897       +Citibank Card,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
23195323       +City of Chicago,    Acct # - 3086,    30 North LaSalle Street, # 800,    Chicago, IL 60602-3542
23195324       +Comenity Bank/NY & Co.,    Acct # - 1323,    P.O. Box 182789,    Columbus, OH 43218-2789
23195330        Department of the Treasury,    Internal Revenue Service,    P.O. Box 64338,
                 Philadelphia, PA 19101-7346
23195310       +Fedloan Servicing,    Acct # - 3167,    P.O. Box 60610,    Harrisburg, PA 17106-0610
23195305       +MGC Mortgage, Inc.,    Acct # - 5126,    1 Corporate Drive, # 360,    Lake Zurich, IL 60047-8945
23195325       +Macy's,    Acct # - 6887,    P.O. Box 8218,    Mason, OH 45040-8218
23195318       +Macy's,    Acct # - 7492,    P.O. Box 8218,    Mason, OH 45040-8218
23378898       +Macy's Card,    P.O. Box 8218,    Mason, OH 45040-8218
23195311       +Peoples Energy,    Acct # - 4945,    200 East Randolph,    Chicago, IL 60601-6302
23195319       +Peoples Energy,    Acct # - 5683,    200 East Randolph,    Chicago, IL 60601-6302
23195306       +SLS,    Acct # - 3689,    8742 Lucent Boulevard, # 300,    Highlands Ranch, CO 80129-2386
23195328       +Sears,    Acct # - 4547,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
23195309        Silverleaf Resorts, Inc.,    Acct # - 0000,    P.O. Box 358,    Dallas, TX 75313
23566075        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
23195329       +U.S. Department of Education,    Acct # - 1776,    P.O. Box 7859,    Madison, WI 53707-7859
23672798       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23573871       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Nov 06 2015 19:05:03
                 Capital One Auto Finance,    a division of Capital One, N.A.,    PO Box 60511,
                 City Of Industry CA 91716-0511
23215721       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 06 2015 19:35:20
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
23195331        E-mail/Text: rev.bankruptcy@illinois.gov Nov 06 2015 19:03:31
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
23378896       +E-mail/Text: cio.bncmail@irs.gov Nov 06 2015 19:02:53      Internal Revenue Service,
                 P.O. Box 7317,    Philadelphia, PA 19101-7317
23726357       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2015 19:11:26
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23444178        E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2015 19:03:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
23195320       +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2015 19:11:15      SYNCB/TJX Co,    Acct # - 1601,
                 P.O. Box 965015,    Orlando, FL 32896-5015
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Nov 06, 2015
                              Form ID: pdf006          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Allan J DeMars    alland1023@aol.com
              Crystal V Sava    on behalf of Creditor    Beal Bank USA ccaceres@alolawgroup.com,
               bankruptcy@alolawgroup.com
              Michael W Van Zalingen    on behalf of Debtor Eric Lynn Tabb mwvz@yahoo.com
              Michael W Van Zalingen    on behalf of Joint Debtor Cecelia Ann Tabb mwvz@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen S Newland    on behalf of Petitioning Creditor Ashley  Coleman steve@newlandlaw.com,
               mike@newlandlaw.com;lori@newlandlaw.com
              Steven C Lindberg    on behalf of Creditor    Beal Bank USA bankruptcy@fallaw.com
                                                                                             TOTAL: 8
```