# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ERIC LYNN TABB and CECELIA ANN TABB § § § § Case No. 15-14046
Chapter 7
Hon. JACQUELINE P. COX

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $346,207.00 | Assets Exempt: | $76,161.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,446.91 | Claims Discharged Without Payment: | $812,234.40 |
| Total Expenses of Administration: | $5,553.09 | | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $653,555.24 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,553.09 | $5,553.09 | $5,553.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $10,700.00 | $8,079.87 | $8,079.87 | $8,079.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $163,901.00 | $124,937.20 | $124,937.20 | $11,367.04 |
| **TOTAL DISBURSEMENTS** | $828,156.24 | $138,570.16 | $138,570.16 | $25,000.00 |

4) This case was originally filed under chapter  7  on 04/21/2015 .
The case was pending for     9   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2016                              By: /s/ ALLAN J. DeMARS
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in real estate; 11355 S. Prairie | 1210-000 | $25,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 SCHEDUED WITH NO CLAIMS FILED | | $653,555.24 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$653,555.24** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $41.85 | $41.85 | $41.85 |
| Allan J. DeMars | 2100-000 | N/A | $3,250.00 | $3,250.00 | $3,250.00 |
| Allan J. DeMars | 2200-000 | N/A | $28.74 | $28.74 | $28.74 |
| Allan J. DeMars | 3110-000 | N/A | $2,232.50 | $2,232.50 | $2,232.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $5,553.09 | $5,553.09 | $5,553.09 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | $10,700.00 | $8,079.87 | $8,079.87 | $8,079.87 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $10,700.00 | $8,079.87 | $8,079.87 | $8,079.87 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $1,444.72 | $1,444.72 | $0.00 |
| 2 | Quantum3 Group agent for Comenity Bank | 7100-900 | $1,112.00 | $1,057.81 | $1,057.81 | $97.37 |
| 3 | Quantum3 Group agent for Comenity Bank | 7100-900 | $570.00 | $495.84 | $495.84 | $45.64 |
| 4 | Capital One Bank USA, NA | 7100-000 | $1,097.00 | $1,097.37 | $1,097.37 | $101.01 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank USA, NA | 7100-000 | $990.00 | $990.80 | $990.80 | $91.20 |
| 6 | Capital One Bank USA, NA | 7100-000 | $1,830.00 | $1,822.80 | $1,822.80 | $167.78 |
| 7 | US Dept of Education | 7100-000 | $51,114.00 | $52,390.99 | $52,390.99 | $4,822.40 |
| 9 | US Dept of Education | 7100-000 | $55,323.00 | $58,055.53 | $58,055.53 | $5,343.80 |
| 10 | PYOD, LLC assignee of Citibank | 7100-900 | $6,756.00 | $6,691.01 | $6,691.01 | $615.89 |
| 11 | PYOD, LLC assignee of Citibank | 7100-000 | $0.00 | $890.33 | $890.33 | $81.95 |
| | 3 scheduled with no claim filed | 7100-000 | $31,217.00 | $0.00 | $0.00 | $0.00 |
| | 4 scheduled with no claim filed | 7100-900 | $13,892.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $163,901.00 | $124,937.20 | $124,937.20 | $11,367.04 |

EXHIBIT A @ FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 15-14046                                                                              Trustee Name:  Allan J. DeMars

Case Name: ERIC LYNN TABB and CECELIA ANN TABB                                  Date Filed (f) or Converted (c): 4/21/15 (F)

For Period Ending: 3/31/16                                                                    §341(a) Meeting Date: 6/10/15

                                                                                                               Claims Bar Date:  9/25/15; GOVT 10/19/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  residence at 8850 S. Longwood, Chicago, IL | 178,000.00 | 0.00 | | 0.00 | FA |
| 2  Holiday Hills time share (u) | 21,000.00 | 0.00 | | 0.00 | FA |
| 3  real estate at 11355 S. Prairie, Chicago, IL (u) | 160,050.00 | 25,000.00 | | 25,000.00 | FA |
| 4  cash | 10.00 | 0.00 | | 0.00 | FA |
| 5  checking acct | 50.00 | 0.00 | | 0.00 | FA |
| 6  furniture | 400.00 | 0.00 | | 0.00 | FA |
| 7  wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8  term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 9  6 shares Unysis stock | 138.00 | 0.00 | | 0.00 | FA |
| 10  2009 Toyota Corolla | 6,304.00 | 0.00 | | 0.00 | FA |
| 11  2007 Toyota Camry | 5,853.00 | 0.00 | | 0.00 | FA |
| 12  2005 Saturn Ion | 2,569.00 | 0.00 | | 0.00 | FA |
| 13  pension with CPS (u) | 72,694.25 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding unknown values) | | 25,000.00 | | 25,000.00 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: SALE OF RIGHT, TITLE and INTEREST IN REAL ESTATE AT 11355 S. PRAIRIE, CHICAGO, IL

Initial Projected Date of Final Report (TFR):  October, 2015              Current Projected Date of Final Report (TFR):  10/22/15

EXHIBIT "A" FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 15 B-14046  
Case Name: ERIC LYNN TABB and CECELIA ANN TABB  
Taxpayer ID#: XXXXXXX3630  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXX2824  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | checking Acct Balance |
| 9/24/15 | Ref 3 | from debtor | right, title and interest in real estate at 11355 S. Prairie, Chicago, IL Docket 53 | 1210-000 | 25,000.00 | | 25,000.00 |
| 9/30/15 | | Wells Fargo | bank services fee | 2600-000 | | 5.00 | 24,995.00 |
| 9/30/15 | | Wells Fargo | reversal of service fee | 2600-000 | | (5.00) | 25,000.00 |
| 10/13/15 | | Wells Fargo | check printing fee | 2600-000 | | 41.85 | 24,958.15 |
| 12/10/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,250.00 | 21,708.15 |
| 12/10/15 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 28.74 | 21,679.41 |
| 12/10/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,232.50 | 19,446.91 |
| 12/10/15 | Check 1004 | Internal Revenue Service | 507(a)(8); 100% | 5800-000 | | 8,079.87 | 11,367.04 |
| 12/10/15 | Check 1005 | Quantum3 Group agent for Comenity Bank | 726(a)(2); 9.20464% | 7100-900 | | 97.37 | 11,269.67 |
| 12/10/15 | Check 1006 | Quantum3 Group agent for Comenity Bank | 726(a)(2); 9.20464% | 7100-900 | | 45.64 | 11,224.03 |
| 12/10/15 | Check 1007 | Capital One Bank (USA) N.A. | 726(a)(2); 9.20464% | 7100-900 | | 101.01 | 11,123.02 |
| 12/10/15 | Check 1008 | Capital One Bank (USA) N.A. | 726(a)(2); 9.20464% | 7100-900 | | 91.20 | 11,031.82 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **checking Acct Balance** |
| 12/10/15 | Check 1009 | Capital One Bank (USA) N.A. | 726(a)(2); 9.20464% | 7100-900 | | 167.78 | 10,864.04 |
| 12/10/15 | Check 1010 | U.S, Dept of Education | 726(a)(2); 9.20464% | 7100-000 | | 4,822.40 | 6,041.64 |
| 12/10/15 | Check 1011 | U.S, Dept of Education | 726(a)(2); 9.20464% | 7100-000 | | 5,343.80 | 697.84 |
| 12/10/15 | Check 1012 | PYOD, LLC assignee of Citibank | 726(a)(2); 9.20464% | 7100-900 | | 615.89 | 81.95 |
| 12/10/15 | Check 1013 | PYOD, LLC assignee of Citibank | 726(a)(2); 9.20464% | 7100-900 | | 81.95 | 0.00 |

```
                                          COLUMN TOTALS    25,000.00    25,000.00         0.00
                           Less: Bank transfers/CD
                             Subtotal
                           Less: Payments to debtor(s)
                             Net                           25,000.00    25,000.00         0.00

                                                                            NET
   TOTAL - ALL ACCOUNTS                     NET  DEPOSITS   DISBURSEMENTS   BALANCES
   Checking# XXXXXX2824                       25,000.00       25,000.00        0.00
   Net                                        25,000.00       25,000.00        0.00
                                          Excludes account  Excludes payments  Total Funds
                                             transfers         to debtor         on Hand
```